UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CR406-375-05 |
| ANDREW EDWARDS, | ) |
| | ) |
| Defendant. | ) |

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) (doc. no. 171), to which no objections have been filed. Accordingly, the R&R is ADOPTED. The Motion on Revocation of Supervised Release is DISMISSED for lack of jurisdiction. (Doc. no. 155.)

ORDER ENTERED at Augusta, Georgia, this 12th day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA